1  David J. Kaminski (SBN 128509)
   kaminskid@cmtlaw.com
2  Martin Schannong (SBN 243297)
   schannongm@cmtlaw.com
3  CARLSON & MESSER LLP
   5901 West Century Boulevard, Suite 1200
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant
   ZIP CAPITAL GROUP, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10

11
   JONATHAN SMITH, individually    ) CASE NO. 8:21-cv-00073-DOC-ADS
12 and on behalf of all others similarly )
   situated,                        )
13                                   ) **NOTICE OF SETTLEMENT**
                Plaintiff,           )
14                                   )
          vs.                        )
15                                   )
   ZIP CAPITAL GROUP, LLC, a         )
16 California limited liability company, )
                                     )
17              Defendant.           )
                                     )
18                                   )
                                     )
19                                   )
                                     )
20 ─────────────────────────

21
        PLEASE TAKE NOTICE that this entire action has been settled. The parties
22
   anticipate that they will complete the settlement, and file a stipulation of dismissal,
23
   within 45 days from the date of this notice.
24
25 / / /
26 / / /
27 / / /
28 / / /

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates and deadlines in this case.

Respectfully submitted,

DATED: May 5, 2021    CARLSON & MESSER LLP

By:   s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
ZIP CAPITAL GROUP, LLC

DATED: May 5, 2021    By:   s/Joshua Moyer
SHAMIS & GENTILE, P.A.
Joshua Moyer, Esq.
401 W A Street, Suite 200
San Diego, CA 92101
305-479-2299
jmoyer@shamisgentile.com

EDELSBERG LAW, P.A.
Scott Edelsberg, Esq.
1925 Century Park E #1700
Los Angeles, CA 90067
305-975-3320
scott@edelsberglaw.com

Counsel for Plaintiff
JONATHAN SMITH

# SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained Plaintiff's counsel's authorization to affix the electronic signatures to this document.

DATED: May 5, 2021          CARLSON & MESSER LLP

By:   s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
ZIP CAPITAL GROUP, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2021, a true and correct copy of the foregoing document entitled NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: May 5, 2021                    CARLSON & MESSER LLP


By:     s/Martin Schannong
        David J. Kaminski
        Martin Schannong
        Attorneys for Defendant
        ZIP CAPITAL GROUP, LLC