UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SMITH, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>ZIP CAPITAL GROUP, LLC, a California limited liability company,<br><br>    Defendant. | CASE NO. 8:21-cv-00073-DOC-(ADSx)<br><br>**ORDER OF DISMISSAL** [19] |

Having considered the parties' Stipulation for Dismissal, the above-entitled action is hereby dismissed, with prejudice as to Plaintiff's individual action, and without prejudice as to the class action claims asserted in the lawsuit. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: May 28, 2021

*David O. Carter*

UNITED STATES DISTRICT JUDGE